## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

JOHNATHON REED ROMERO                    CASE NO.  6:25-CV-01165

VERSUS                                   JUDGE ROBERT R. SUMMERHAYS

CITY OF CROWLEY ET AL                    MAGISTRATE JUDGE CAROL B. WHITEHURST

### JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant Weber's Motion to Dismiss (Rec. Doc. 18) is GRANTED. Plaintiff's claims against Defendant Weber are DISMISSED WITH PREJUDICE.

Signed at Lafayette, Louisiana, this 24th day of July, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE